IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| IN RE:   GRZEGORZ STEPINSKI | ) | Chapter 07 |
| | ) | |
| | – Creditor   ) | No. 13B31072 |
| PNC Bank, N.A. | ) | |
| v. | ) | Judge |
| | ) | Timothy A. Barnes |
| GRZEGORZ STEPINSKI   – Debtor | ) | |

NOTICE OF MOTION

TO:   SEE ATTACHED ADDRESSES

   PLEASE TAKE NOTICE THAT ON August 28, 2013 at 10:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Timothy A. Barnes, U.S. Bankruptcy Judge, 219 S. Dearborn Street, Chicago, Illinois, room 613, and shall then and there present the attached Motion and at which time you may appear if you so desire.

CERTIFICATION

   I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by electronic notice through ECF or by depositing the same at the U.S. Mail at 1 North Dearborn, Chicago, Illinois 60602 at 5:00 P.M. on 8/8/13, with proper postage prepaid.

                                        PIERCE & ASSOCIATES, P.C.
**THIS DOCUMENT IS AN ATTEMPT
TO COLLECT A DEBT AND ANY               /s/Yanick Polycarpe
INFORMATION OBTAINED WILL BE            ARDC#6237892
USED FOR THAT PURPOSE**

                                        1 North Dearborn
                                        Suite 1300
                                        Chicago, Illinois 60602
                                        312-346-9088
PA13-2929

NOTICE OF MOTION ADDRESSES

To Trustee:
Miriam  Stein
Arnstein & Lehr LLP
120 S. Riverside Suite 1200
Chicago, IL 60645
**By Electronic Notice through ECF**

To Debtor:
GRZEGORZ STEPINSKI
5930 W. 88th Place
Oak Lawn, IL 60453
**By U.S. Mail**

To Attorney:
Jason S Landgraf
22 W. Washington Street, Suite 1500
Chicago, IL 60602
**By Electronic Notice through ECF**

**PIERCE & ASSOCIATES, P.C.**
**Suite 1300**
**1 North Dearborn**
**Chicago, Illinois 60602**
**(312) 346-9088**

**PA13-2929**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
RE: GRZEGORZ STEPINSKI,            )
                                   )
PNC Bank, N.A.,                    )
              Creditor,            )
     vs.                           )    CASE NO. 13B31072
                                   )    JUDGE Timothy A. Barnes
GRZEGORZ STEPINSKI,                )
              Debtor(s),           )
                                   )
```

**MOTION TO MODIFY THE AUTOMATIC STAY**

NOW COMES PNC Bank, N.A., by and through its attorneys, Pierce & Associates, P.C., and requests that the Automatic Stay heretofore entered on the property located at 5930 W. 88th Place, Oak Lawn, IL 60453, be modified, stating as follows:

1. On August 2, 2013, the above captioned Chapter 7 was filed.

2. PNC Bank, N.A. services the first mortgage lien on the property located at 5930 W. 88th Place, Oak Lawn, IL 60453.

3. The debt is based on a June 4, 2013, Mortgage and Note in the original sum of $193,500.00.

4. The funds necessary to pay off PNC Bank, N.A. on the above captioned account were approximately $265,875.09, plus reasonable attorneys fees and costs, through August 2013. The debtor's schedules list the fair market value of said property at $141,000.00. According to the debtor's schedules, there are other liens on the property totaling $132,077.00.

5. The account is currently due and owing to PNC Bank, N.A. for the June 2007 current mortgage payment and those thereafter, plus reasonable attorneys fees and costs.

6. The debtor has no equity in the property located at 5930 W. 88th Place, Oak Lawn, IL 60453, for the benefit of unsecured creditors.

7. PNC Bank, N.A. continues to be injured each day it remains bound by the Automatic Stay.

8. PNC Bank, N.A. is not adequately protected.

9. The property located at 5930 W. 88th Place, Oak Lawn, IL 60453 is not necessary for the debtor's reorganization.

10. No cause exists to delay the enforcement and implementation of relief and Bankruptcy Rule 4001(a)(3) should be waived.

WHEREFORE, YOUR MOVANT PRAYS that the Automatic Stay be modified and that Bankruptcy Rule 4001(a)(3) be waived as not applicable, plus such other relief as this Court deems just.

PNC Bank, N.A.

/s/Yanick Polycarpe
Yanick Polycarpe
ARDC#6237892
Pierce and Associates, P.C.
1 North Dearborn St.
Suite 1300
Chicago, Illinois 60602
(312)346-9088