

Comptroller of the Currency
Administrator of National Banks

| Northeastern District Office | Licensing Division |
|---|---|
| 340 Madison Avenue, 5th Floor | Telephone: (212)790-4055 |
| New York, New York 10173-0002 | Fax: (301) 333-7015 |

November 6, 2009

James S. Keller
Chief Regulatory Counsel
The PNC Financial Services Group, Inc.
249 Fifth Avenue
One PNC Plaza. 21st Floor
Pittsburgh, Pennsylvania 15222-2707

Re: Application to merge National City Bank, Cleveland, Ohio, with and into PNC Bank, National Association, Wilmington, Delaware under the charter and title of the latter.
Control No: 2009 NE 02 0017          Charter No: 1316

Dear Mr. Keller:

This letter is the official certification of the Comptroller of the Currency to merge National City Bank, Cleveland, Ohio ("NCB"), with and into PNC Bank, National Association, Wilmington, Delaware ("PNC Bank"), effective as of close of business on November 6, 2009. The resulting bank's title is PNC Bank, National Association, charter number 1316.

This is also the official authorization given to PNC Bank, the resulting bank, to operate branches of NCB as branches of the resulting bank. Branches of a national bank target are automatically carried over to the resulting bank and retain their current OCC branch numbers.

We understand that upon consummation, the capital surplus of PNC Bank will increase. Within 30 days following consummation, please provide this office with the exact dollar amount of the capital change so that we may issue our letter certificating the capital increase.

If the combination does not occur as represented in your letter of October 26, 2009, this certification must be returned to the OCC. Following consummation of the merger, please return the charter certificate for NCB so that we may properly close our files for this bank.

Sincerely,

Sandya Reddy
Acting Director for District Licensing



| DATE: | DOCUMENT ID | DESCRIPTION | FILING | EXPED | PENALTY | CERT | COPY |
|---|---|---|---|---|---|---|---|
| 10/30/2009 | 200930300042 | DISSOLUTION/LIMITED LIABILITY COMPANY (LDS) | 50.00 | 200.00 | .00 | .00 | .00 |

**Receipt**
This is not a bill. Please do not remit payment.

CT CORPORATION SYSTEM
4400 EASTON COMMONS WAY, SUITE 125
ATTN: TIMOTHY ROBERSON
COLUMBUS, OH 43219

# STATE OF OHIO
## CERTIFICATE
### Ohio Secretary of State, Jennifer Brunner

**1664086**

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**NATIONAL CITY REAL ESTATE SERVICES LLC**

and, that said business records show the filing and recording of:

| Document(s) | Document No(s): |
|---|---|
| DISSOLUTION/LIMITED LIABILITY COMPANY | 200930300042 |



United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 7th day of November, A.D. 2009.

*Jennifer Brunner*
Ohio Secretary of State

Page 1



Prescribed by:
The Ohio Secretary of State
Central Ohio: (614) 466-3910
Toll Free: 1-877-SOS-FILE (1-877-767-3453)

www.sos.state.oh.us
e-mail: busserv@sos.state.oh.us



Expedite this Form: (select one)
☐ Yes  PO Box 1390
       Columbus, OH 43216
       ** Requires additional fee of $100 **
☒ No   PO Box 1329
       Columbus, OH 43216

## CERTIFICATE OF DISSOLUTION OF LIMITED LIABILITY COMPANY/ CANCELLATION OF FOREIGN LLC
(Domestic or Foreign)
Filing Fee $50.00

**(CHECK ONLY ONE (1) BOX)**

(1) ☒ Domestic Limited Liability Company (169-LDS)
(2) ☐ Foreign Limited Liability Company (171-LFR)

**Complete the general information in this section for the box checked above.**

| Name of Limited Liability Co. | National City Real Estate Services LLC |
| Ohio Registration Number | 1664086 |

**Complete the information in this section if box (1) is checked.**

An Ohio Limited Liability Company, hereby certifies that said Limited Liability Company was or shall be dissolved as of November 7, 2009
(Date)

**Complete the information in this section if box (2) is checked.**

The undersigned limited liability company hereby certifies that it is no longer transacting business in the state of Ohio.

FIRST: The name of the limited liability company in its state of organization or registration is:
_____

SECOND: The name under which the limited liability company registered to transact business in Ohio is:
_____

THIRD: The limited liability company is formed under the laws of the state/country of: _____ (state or country)

(Please select does revoke or does not revoke below)
FOURTH: The limited liability company _____ the authority of its registered agent to accept service of process, notices and demands on its behalf.

If the authority of the limited liability company's statutory agent is revoked, then item fifth must be completed.

Page 1 of 2                  Last Revised: May 2002

Complete the information in this section if box (2) is checked. Cont.

FIFTH:    The address to which a person may mail a copy of any process, notice, or demand against the company is:

_____    _____
(street address)                                                NOTE: P.O. Box Addresses are NOT acceptable.

_____    _____    _____
(city, township, or village)                          (state)    (zip code)

If this mailing address changes in the future, the limited liability company hereby agrees to notify the Ohio secretary of state of such change.

REQUIRED
Must be authenticated (signed)
by an authorized representative

_____    October 21, 2009
Authorized Representative         Date
Philip D. Cunningham, III
(Print Name)
President

533                            Page 2 of 2                    Last Revised: May 2002