

**Comptroller of the Currency**
**Administrator of National Banks**

Central District Office
One Financial Place
440 South LaSalle Street
Chicago, Illinois 60605

February 12, 2008

Mr. Stephen L. Smith
Senior Vice President and Assistant General Counsel
National City Corporation
One National City Center, Suite 845E
Indianapolis; Indiana 46255

Re: Request for the Comptroller of the Currency (OCC) to waive the residency requirement under 12 USC § 72 for the Board of Directors of MidAmerica Bank, National Association (MidAmerica, NA) in connection with the conversion of that bank to a national charter (the bank was previously known as MidAmerica Bank, fsb, Clarendon Hills, Illinois). Also, certification of a merger involving MidAmerica, NA into National City Bank, Cleveland, Ohio with the latter as the surviving entity.
OCC Control Nos.: 2007-CE-01-0008, 2008-CE-12-0027, and 2007-CE-02-0014.

Dear Mr. Smith:

This letter is the official certification of the OCC to merge MidAmerica, NA, into National City Bank, Cleveland, Ohio effective 02/09/2008. The resulting bank title is National City Bank, Cleveland Ohio, charter number 786. This letter also authorizes National City Bank to operate the MidAmerica, NA's branches. These branches will retain the branch numbers the OCC previously assigned.

OCC also grants a waiver of the residency requirement under 12 USC § 72 to the Board of Directors of MidAmerica, NA. We grant this waiver based on the information you provided, and the representations you made to us in phone conversations. All other requirements of 12 USC § 72 remain applicable. The waiver applies to the following directors;

    Daniel J. Frate        Paul G. Clark        Philip L. Rice
    Timothy J. Lathe     Shelley J. Seifert

You can contact me at 202-874-5409 with any questions.

Sincerely,

·John Aponte
Senior Licensing Analyst



| | | | |
|---|---|---|---|
| NIC Home | Institution Search | FBO Search | Top 50 BHCs |
| BHCPR Peer Reports | FAQ | | |

**Institution History for** CLARIDON HILLS BRANCH (560474)

6 institution history record(s) found.                    < Previous  Page  1    Next >

| Event Date | Historical Event |
|---|---|
| 1979-12-31 | MID AMERICA FEDERAL SAVINGS AND LOAN ASSOCIATION located at CICERO, IL was established as a Savings & Loan Association. |
| 1989-07-26 | MID AMERICA FEDERAL SAVINGS AND LOAN ASSOCIATION was **renamed** to MID AMERICA FEDERAL SAVINGS BANK and **moved** to CLARENDON HILLS, IL and **changed** from Savings & Loan Association to Federal Savings Bank. |
| 1990-01-19 | MID AMERICA FEDERAL SAVINGS BANK **moved** to 55TH & HOLMES CLARENDON HILLS, IL. |
| 1998-01-09 | MID AMERICA FEDERAL SAVINGS BANK was **renamed** to MID AMERICA BANK, FSB. |
| 2008-02-09 | MID AMERICA BANK, FSB was **acquired** by NATIONAL CITY BANK. |
| 2008-02-09 | MID AMERICA BANK, FSB was **renamed** to CLARIDON HILLS BR and **became** a branch of NATIONAL CITY BANK. |

Page 1 of 1

NIC Home  |  FAQ  |  Help  |  Contact Us