**REQUIRED STATEMENT TO ACCOMPANY
MOTIONS FOR RELIEF FROM STAY**

All Cases: Debtors GRZEGORZ STEPINSKI   Case No. 13B31072   Chapter 7

All Cases: Moving Creditor: PNC Bank, N.A.  Date Case Filed: August 2, 2013

Nature of Relief Sought: ☒ Lift Stay     ☐ Annul Stay    ☐ Other (describe)

Chapter 7: ☐ No-Asset Report Filed on September 23, 2013
         ☒ No-Asset Report not Filed, Date of Creditors Meeting September 23, 2013

1. Collateral:
    a.    ☒ Home
    b.    ☐ Car ____                          Year, Make and Model_____
    c.    ☐ Other _____

2. Balance Owed as Petition Date: $265,875.09
   Total of all other Liens against Collateral $132,077.00

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

3. Estimated Value of Collateral (*must* be supplied in *all* cases): $141,000.00

4. Default:
    a. ☒ Contractually
        Number of months: 64     Amount: $83,687.92

    b. ☐ Post-Petition Default:
        i. ☐ On direct payments to the moving creditor
            Number of months: -    Amount: $-
       ii. ☐ On payments to the Standing Chapter 13 Trustee
            Number of months: -    Amount: $-

5. Other Allegations:
    a. ☐ Lack of Adequate Protection §362(d)(1)
        i.    ☐ No Insurance ____
        ii.   ☐ Taxes unpaid ____      Amount $_____
        iii.  ☐ Rapidly depreciating asset _____
        iv.   ☐ Other (describe) ____

    b. ☒ No equity and not Necessary for an Effective Reorganization §362(d)(2)

    c. ☒ Other "Cause" §362(d)(1):
        i.    ☐ Bad Faith _____
        ii.   ☐ Multiple Filings _____
        iii.  ☒ Other (describe) <u>Material Payment Default</u>

    d. Debtor's Statement of Intention regarding the Collateral
        i.    ☐ Reaffirm      ii. ☐ Redeem
        iii.  ☐ Surrender     iv. ☐ No Statement of Intention Filed
        V.    ☒ Statement of Intent is Blank

Date: August 8, 2013                        By: /s/Yanick Polycarpe
                                            Yanick Polycarpe
                                            ARDC#6237892
                                            Pierce & Associates, P.C
                                            Counsel for movant